IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH BUSH, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 02-CV-4988 |
| | : | |
| PHILADELPHIA WORKFORCE | : | |
| DEVELOPMENT CORPORATION, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW,** this _____ day of July, 2002, it is **ORDERED** that plaintiff's motion to proceed in forma pauperis (Docket Entry #1) is **GRANTED**.

It is further **ORDERED** that the summons is to issue, service of summons and the complaint is to made upon defendant by the U.S. Marshals Service, and a copy of this order is to be directed to all parties. The U.S. Marshals Service is to make service within twenty (20) days of the date of this order.

 

_____
ANITA B. BRODY, J.

Copies FAXED on ___ to:    Copies MAILED on ___ to: